# **Exhibit A**

| | |
|---|---|
| caiyangyang44 | caiyangyang669@outlook.com |
| baishuaishangmaoyouxiangongsi | rpzb3663@hotmail.com |
| BoBoHat | 1047749333@qq.com |
| D Aruu | 1244899677@qq.com |
| AuraLiving Color A | 13016681609@163.com |
| AnnnSie | 13027151687@163.com |
| AeroTotes | 13067118632@163.com |
| Domineering girl | 13071529980@163.com |
| Dare Wear | 1315181307@qq.com |
| Dgetin | 13159331901@163.com |
| Chic Libre | 1320647625@qq.com |
| caicaiye | 1345614470@qq.com |
| Airy Garmentsa | 1345662563@qq.com |
| CTaa Sticker | 13612453217@163.com |
| Aura Sheets H | 13665961651@163.com |
| Calyne Xerava | 15717142961@139.com |
| DriftlessTextilia | 15927228174@139.com |
| Crownre | 1648736188@qq.com |
| DeDee | 1694657959@qq.com |
| caiyilong home | 1761995466@QQ.COM |
| Eleven Weather Sticker | 18676877341@163.com |
| ctycrr garment | 18905954808@163.com |
| Ashopx | 18951138515@163.com |
| B popular clothing | 19007562757@163.com |
| Allure by C | 2194653912@qq.com |
| C Couture | 2454412639@QQ.COM |
| BLess Meet | 2521401393@qq.com |
| AuraGoods | 2653796960@qq.com |
| AXYK SHOP | 2678990565@qq.com |
| DERL | 2875053931@qq.com |
| Bussiness Overridden | 29511596@qq.com |
| Cross Fashion | 3225253478@qq.com |
| Buy Buy Good | 364113564@qq.com |
| COOL GIRLS SHOP | 377618305@qq.com |
| big big world style | 3776335886@qq.com |
| A Happy clothes | 391893887@qq.com |
| E Ladies collocation | 3965652505@qq.com |
| Eclat Label | 417079101@QQ.COM |
| Cc Mug Shop | 452531349@qq.com |
| Dressmaker | 453257592@qq.com |
| Bimile | 512429514@qq.com |
| A Dream Wedding | 529052018@qq.com |
| Cup of Charisma | 568248168@qq.com |

| | |
|---|---|
| BuildWear | 61517740@qq.com |
| Bixun | 670845437@qq.com |
| DrawCloth P | 707830214@qq.com |
| DODAN DECOR | 748556614@qq.com |
| ailyGlow | 785480466@qq.com |
| Echo Wisp | 838959513@qq.com |
| cccbbb | 841254984@qq.com |
| Dexro | 847601931@qq.com |
| ChriosUa | 877162957@qq.com |
| Dorothy Love | 975945116@qq.com |
| CC Future | 975945116@qq.com |
| Allure Pretty Attire | aubreychen2014@hotmail.com |
| Cloth Couture | aubreychen2014@hotmail.com |
| Anisha B | aubreychen2014@hotmail.com |
| DAYONEE | AuroraBreeze80@outlook.com |
| ELEGANT HOUR | gerendian@tuanmeifushi.com |
| Bright thermal transfer | GZgaodamaoyi@163.com |
| DFCTTKX | gzxikemaoyi@163.com |
| Breeze Fit C | hxtemu@163.com |
| Dandelion Nostalgia | jncuhd5484@163.com |
| AN Shopping Mall D | jt_temu@163.com |
| caiyuhai HOME | k18936369663@163.com |
| Craftella | Letongzhuti@163.com |
| DIY Beautiful decorations | LYS8888882024@163.com |
| Banco Comercial tangqin Lie | m13750437471@163.com |
| COZY TT | nlx18068725760@163.com |
| AAATYJFL | rongxinyue2505pop@outlook.com |
| afanshop | sadhj@foxmail.com |
| Citrusly XX | tbobuusus90510@outlook.com |
| akasoo | vagrovsy1@163.com |
| CSLDSJJH | vutswus@163.com |
| COLLAW | wushi2505@outlook.com |
| Cool Tot KID cute Tee | XIF@sskuajing.com |
| B mark | YC2jit001@163.com |
| CocoaBloom | yjkbpyyaq@163.com |